UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JIMMY DALE COMPTON,

                              Petitioner,

                                                                         DECISION AND ORDER
              v.                                                       15-MC-24A

COMMISSIONER OF SOCIAL SECURITY,

                              Respondent..

---

        The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B). On January 23, 2017, Magistrate Judge Foschio filed a Report and Recommendation (Dkt. No. 13), recommending that Petitioner's motion seeking a prompt hearing before a Social Security Administration Administrative Law Judge (Dkt. No. 1) be dismissed in part and denied in part.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, Petitioner's motion seeking a prompt hearing before a Social Security Administration Administrative Law Judge is dismissed in part and denied in part.

      The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

                                                ___*Richard J. Arcara*___
                                      HONORABLE RICHARD J. ARCARA
                                      UNITED STATES DISTRICT COURT

Dated:   March 6, 2017